**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INFORMATION FILED UNDER SECTION 851 OF TITLE 21, U.S.C., RELATING TO SUPERSEDING INDICTMENT CRIM NO. 20-415-03 AND INFORMATION CRIM NO. 21-411** |
| **v.** | : | |
| **ROSS BROOKS, a/k/a "Star"** | : | |

**INFORMATION CHARGING PRIOR OFFENSE**

Jennifer Arbittier Williams, Acting United States Attorney for the Eastern District of Pennsylvania, hereby provides written notice that defendant Ross Brooks, a/k/a "Star," who is charged by superseding indictment and information, is subject to increased punishment under Title 21, United States Code, Section 841(b), as a result of the following previous conviction:

A final conviction for a serious drug felony, that is, a conviction on or about July 9, 2004, in the Commonwealth of Pennsylvania for manufacturing, delivering, and possession with intent to deliver a controlled substance, in violation of 35 Pa. Cons. Stat. § 780-113(a)(30), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offenses charged in the superseding indictment (20-415) and information (21-411).

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney

*/s/ Derek E. Hines*
DEREK E. HINES
FRANCIS A. WEBER
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this Information Charging Prior Offenses has been served on the defense counsel via email:

Andrew Gay, Jr., Esq.
aggjr@aggjr.com

*/s/ Derek E. Hines*
DEREK E. HINES
Assistant United States Attorney

DATED: October 26, 2021